UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY KENNETH NEWLOVE,

    Plaintiff,

v.

ROBERT WATSON,

    Defendant.

                              /

Case No. 1:05-cv-125

Hon. Richard Alan Enslen

**ORDER**

On June 16, 2006, the Court ordered Plaintiff Jeffrey Kenneth Newlove to file an appearance and provide the Court with his current mailing address within 21 days. Plaintiff was warned that failure to comply with the Court's Order would result in dismissal of this matter for want of prosecution under Federal Rule of Civil Procedure 41(b) and Western District of Michigan Local Civil Rule 41.1. The Court, observing that Plaintiff Jeffrey Kenneth Newlove has failed to respond to the Court's June 16, 2006 Order, will dismiss Plaintiff's Complaint.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Jeffrey Kenneth Newlove's Complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**IT IS FURTHER ORDERED** that a copy of this order shall be served on Plaintiff at his last known address, being: **19033 FIR DRIVE, BIG RAPIDS, MI 49307**.

Dated in Kalamazoo, MI:
July 10, 2006

    /s/Richard Alan Enslen
    Richard Alan Enslen
    Senior United States District Judge